**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
AGNIESZKA DWULIT,

                Plaintiff,

   -against-                                22 **CIVIL** 6092 (MKV)

                                         **JUDGMENT**

TACTICAL, SCRAPEFIX AND DEER
MANAGEMENT SYSTEMS LLC a/k/a DEER
MANAGEMENT SYSTEMS LLC d/b/a
TACTACAM, INC.,

                Defendants.
-------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 14, 2023, the motion to dismiss filed by Defendants is hereby granted; accordingly, the case is closed.

**Dated:** New York, New York

     August 14, 2023

                                                       **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                       **BY:**    K. Mango

                                                       **Deputy Clerk**